[No. 65561-2-I. Division One. July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK LEE WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-00137-1, Charles R. Snyder, J., entered June 3, 2010. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Becker and Dwyer, JJ.

[No. 65843-3-I. Division One. July 16, 2012.]

J.S., *Respondent*, v. THE STATE OF WASHINGTON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07979-6, Theresa B. Doyle, J., entered July 7, 2010. *Reversed* and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Dwyer, JJ.

[No. 65870-1-I. Division One. July 16, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NICKLAS EDWARD RIVAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14336-4, Laura Gene Middaugh, J., entered July 1, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Schindler, JJ.

[No. 66223-6-I. Division One. July 16, 2012.]

THE CITY OF AUBURN, *Appellant*, v. RONALD JAMES CRAWFORD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05312-6, Monica J. Benton, J., entered October 14, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.